# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

LIONEL LIM,

        Plaintiff,

v.

CLIFTONLARSONALLEN, LLP,

        Defendant.

Case No. 26-CV-1000-JPS

**ORDER**

On June 4, 2026, Plaintiff Lionel Lim ("Plaintiff") brought suit against Defendant CliftonLarsonAllen, LLP ("Defendant") for violations of the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq*. ECF No. 1. As relief, Plaintiff seeks back pay, compensatory damages, punitive damages, and a permanent injunction, in addition to costs and reasonable attorneys' fees. *Id.* at 10–11.

Despite proper service of process, ECF No. 4, Defendant failed to appear or otherwise file a responsive pleading by June 29, 2026, the deadline by which to do so. FED. R. CIV. P. 12(a)(1)(A)(i). On July 7, 2026, Plaintiff requested entry of default, ECF No. 7, which remains pending at the time of this Order.[1] In turn, the parties briefed out whether the motion for default should be granted, which is now fully briefed. ECF Nos. 10 and 14. Plaintiff subsequently moved to stay briefing on Defendant's motion to compel arbitration, *see supra* note 1, pending the Court's resolution of the

---

[1]The motion remains pending as the Clerk of Court does not enter default where the legal basis for doing so is unclear, which was exactly the case here since Defendant simultaneously filed a motion to compel arbitration. ECF No. 8.

motion for entry of default. ECF No. 15. This Order addresses Plaintiff's motion for entry of default and his motion to stay.

The Court will deny Plaintiff's motion for entry of default. Based on Plaintiff's own allegations, the parties have exchanged communications relating to this case dating back to June 11, 2026. ECF No. 14 at 2. Defendant appeared the day before Plaintiff sought entry of default. ECF No. 6 (entering notice of appearance on July 6). Defendant filed a motion to compel the same day that Plaintiff filed a motion for default (July 7th), just days after the June 29th deadline. Under these facts, if the Court were to grant Plaintiff's request, there would good cause to set aside the default. This remains true even if Defendant's rationale for not filing an answer is "not a good excuse," as Plaintiff suggests. *Richardson v. Kijakazi*, No. 3:21-cv-00093-RLY-MPB, 2021 WL 8973242 at *1 (S.D. Ind. Nov. 3, 2021) (quoting *JMB Mfg., Inc. v. Child Craft, LLC*, 799 F.3d 780, 792 (7th Cir. 2015)). After all, the statute is to be "liberally applied" in favor of those who miss the responsive pleading deadline. *Id.* (quoting *Cracco v. Vitran Express, Inc.*, 559 F.3d 625, 631 (7th Cir. 2009)). In other words, "[t]here is no need to enter the 'he-said, she-said' fray between the parties' counsel about exactly who said what" in the days leading up to July 7. *Jones v. Salazar*, No. 2:08 cv 31, 2009 WL 1404606, at *2 (N.D. Ind. May 15, 2009). Accordingly, the Court will deny Plaintiff's motion for entry of default. *Richardson*, 2021 WL 8973242, at *1 (noting that a court can decline to enter default where it would set aside the default later); *Brown v. Weschler*, 135 F. Supp. 622 (D.D.C. 1955) (same).

As to Plaintiff's motion to stay the briefing deadlines on the motion to compel arbitration, ECF No. 15, the Court will grant that motion. As such, the Court will reset the briefing deadlines as follows. Plaintiff shall file a

response to the motion to compel arbitration on or before **August 12, 2026**. Defendant shall file a reply on or before **August 26, 2026**.

For the reasons set forth herein, the Court will deny Plaintiff's motion for entry of default and grant Plaintiff's motion to stay the briefing.

Accordingly,

**IT IS ORDERED** that Plaintiff Lionel Lim's motion for entry of default, ECF No. 7, be and the same is hereby **DENIED**; and

**IT IS FURTHER ORDERED** that Plaintiff Lionel Lim's motion to stay, ECF No. 15, be and the same is hereby **GRANTED**; Plaintiff Lionel Lim shall file a response brief on or before **August 12, 2026**; Defendant CliftonLarsonAllen LLP shall file a reply on or before **August 26, 2026**.

Dated at Milwaukee, Wisconsin, this 22nd day of July, 2026.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge